STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. DOMINICK LEFANTE, DEFENDANT-RESPONDENT.

See same case below: 23 *N. J. Super.* 511.

*Mr. Horace K. Roberson, Mr. William A. O'Brien* and *Mr. William W. Wimmer* for the petitioner.

*Mr. J. Arnold Bressler* and *Mr. Abraham J. Slurzberg* for the respondent.

February 24, 1953. Granted.

NEW JERSEY BELL TELEPHONE COMPANY, RESPONDENT, v. STATE OF NEW JERSEY, PETITIONER.

*Mr. Theodore D. Parsons* and *Mr. Benjamin C. Van Tine* for the petitioner.

*Mr. Thomas G. Walker* for the respondent.

March 2, 1953. Granted.